IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:19-00274-FL

| | |
|---|---|
| DAVID PELLEGRINO, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>Commissioner of Social Security, )<br>)<br>  Defendant. ) | **ORDER** |

Plaintiff's counsel filed a motion for approval of attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $34,000.00. Attorney fees awarded under 42 U.S.C. § 406(b) may not exceed 25% of the total of the claimant's past-due benefits. Plaintiff previously has been awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the amounts of $3,950.00 (plus $400.00 for the filing fee, from the Treasury Judgment Fund) and $5,000.00 (plus $400.00 for the filing fee, from the Treasury Judgment Fund). Defendant filed a response, stating that, under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $__34,000.00__. Plaintiff's counsel will refund to Plaintiff

the smaller amount between this amount and any fee amount that previously was received under the EAJA.

SO ORDERED, this 7th day of June, 2021.

_____
Hon. Louise W. Flanagan
United States District Judge
Eastern District of North Carolina